No. 89–640. LUJAN, SECRETARY OF THE INTERIOR, ET AL. *v.* NATIONAL WILDLIFE FEDERATION ET AL. C. A. D. C. Cir. Motion of American Farm Bureau Federation et al. for leave to file a brief as *amici curiae* granted. Certiorari granted. ██

No. 89–789. ALABAMA *v.* WHITE. Ct. Crim. App. Ala. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari granted. 

No. 89–5809. SAWYER *v.* SMITH, INTERIM WARDEN. C. A. 5th Cir. Motion of petitioner for leave to proceed *in forma pauperis* granted. Certiorari granted. 

No. 88–1865. ARIZONA *v.* BAUER ET AL. Ct. App. Ariz. Certiorari denied. 

No. 88–1884. ILLINOIS *v.* SEQUOIA BOOKS, INC., ET AL. Sup. Ct. Ill. Certiorari denied. 

No. 88–2062. COTTON *v.* BABCOCK, DIRECTOR, MICHIGAN DEPARTMENT OF SOCIAL SERVICES. C. A. 6th Cir. Certiorari denied. 

No. 89–296. NELSON *v.* FARREY. C. A. 7th Cir. Certiorari denied. 

No. 89–427. INTERNATIONAL ASSOCIATION OF MACHINISTS & AEROSPACE WORKERS, AFL–CIO, ET AL. *v.* LONG ISLAND RAILROAD CO. ET AL.; and

No. 89–674. LONG ISLAND RAILROAD CO. ET AL. *v.* INTERNATIONAL ASSOCIATION OF MACHINISTS & AEROSPACE WORKERS, AFL–CIO, ET AL. C. A. 2d Cir. Certiorari denied. Reported below: 874 F. 2d 901.

No. 89–503. WALLACE *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. 

No. 89–511. KWALLEK *v.* ENDELL, COMMISSIONER, DEPARTMENT OF CORRECTIONS, ET AL. C. A. 9th Cir. Certiorari denied.